UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action
------------------------------------------------------X
JUANITA CRUZ,

                  Plaintiff,

Case No.: 1:19-cv-00859-LTS-JLC

-against-

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

TARGET CORPORATION,

                  Defendant.
------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       April 3, 2019

_____  _____
Richard M. Altman, Esq.            Mitchell B. Levine, Esq.
Law Offices of Richard M. Altman   FISHMAN MCINTYRE BERKELEY
3201 Grand Concourse, Suite #1-F   LEVINE
Bronx, New York 10468              SAMANSKY P.C.
718-561-2356                       Attorneys for Defendant
*Attorney for Plaintiff*           TARGET CORPORATION
rmaltman7@gmail.com                521 Fifth Avenue, 17th Floor
                                   New York, New York 10175
                                   (212) 461-7190
                                   File No.: TARN-148

The Clerk of Court is requested to close this case.

SO ORDERED:

_____ 4/15/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

1